UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                        Chapter 7

BUTH-NA-BODHAIGE, INC.,                                  Case No.: 24-10392 (DSJ)

                              Debtor.
-------------------------------------------------------------------x

**ORDER AUTHORIZING AND APPROVING TRUSTEE'S
MOTION FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. §§ 105 AND 363 APPROVING LICENSE AGREEMENT
FOR DEBTOR'S REAL PROPERTY AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of Kenneth P. Silverman, Esq., the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Buth-Na-Bodhaige, Inc. (the "Debtor"), by his counsel Rimon P.C. ("Rimon"), seeking entry of an order under §§ 105 and 363 of Title 11, United States Code (the "Bankruptcy Code"), authorizing and approving the real estate license agreement (the "License Agreement"), annexed to the Motion as Exhibit A, and such other and further relief as this Court deems just and proper; and notice of the Application having been sufficient under the circumstances; and no objection to the relief requested in the Motion having been filed; ~~and upon the hearing held before the Court on June 13, 2024 to consider the granting of the relief requested in the Motion, the record of which is incorporated herein by reference~~; **and upon the Certificate of No Objection filed on June 10, 2024, pursuant to Local Rule 9075-2**; and after due deliberation and sufficient cause appearing that the relief requested in the Motion is in the best interest of the Debtor's estate and its creditors; it is now hereby **[DSJ 6/11/2024]**

      **ORDERED**, that the Motion is granted; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

1

**ORDERED**, that the Trustee is authorized to enter into the License Agreement pursuant to Bankruptcy Code §§ 105 and 363, for the purpose and to the extent set forth in the Motion and herein; and it is further

**ORDERED**, that the License Agreement is approved; and it is further

**ORDERED**, that the Trustee is authorized to do such things and expend such funds as reasonably necessary to perform any and all obligations contemplated under the License Agreement and this Order.

Dated: New York, New York
       June 11, 2024

                                             *s/ David S. Jones*
                                             HONORABLE DAVID S. JONES
                                             UNITED STATES BANKRUPTCY JUDGE