**BUTH-NA-BODHAIGE, INC. (aka The Body Shop)**
Schedule of Post-Petition Expenses - Actual versus Budget

On May 23, 2024, the Trustee received authorization to pay the ordinary and necessary expenses of the Debtor's business to the extent set forth in the below budget pursuant to the ORDER GRANTING TRUSTEE'S APPLICATION SEEKING AUTHORIZATION PURSUANT TO 11 U.S.C. § 721 TO OPERATE DEBTOR'S BUSINESS ON A LIMITED BASIS [Doc #59]

|  | *Actual* Aug-24 | *Budget* Aug-24 | *Variance* Aug-24 |
|---|---:|---:|---:|
| **Cash, Beginning** | $ 1,435,711 | $ - | $ 1,435,711 |
| **Collections:** | | | |
| Transfer from Debtor Accounts | - | - | - |
| Receivable Collections | 420,328 | - | 420,328 |
| License Agreement | 100,000 | - | 100,000 |
| Employee Benefits | - | - | - |
| Deposit | - | - | - |
| Other | - | - | - |
| Total Collections | 520,328 | - | 520,328 |
| **Disbursements:** | | | |
| Tax payments | | | |
|   Property taxes | - | 3,000 | 3,000 |
|   Income taxes | - | - | - |
| Distribution center | | | |
|   Insurance | 2,838 | - | (2,838) |
|   Utilities | - | 10,000 | 10,000 |
|   Equipment | - | 4,000 | 4,000 |
|   Repairs and maintenance | - | 30,000 | 30,000 |
| Employees | | | |
|   Payroll reporting | - | 1,650 | 1,650 |
|   Benefit plan related | - | 9,000 | 9,000 |
| Other | | | |
|   Mail box and forwarding | - | 500 | 500 |
|   Registered agent and bank fees | - | 1,000 | 1,000 |
| Total Disbursements | 2,838 | 59,150 | 56,312 |
| **Cash, End** | $ 1,953,201 | $ (59,150) | $ 1,899,726 |